# CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE PATRICIA A. SEITZ, JUDGE


FILED by _____ D.C.
MAR 25 2002
CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. MIAMI

20244

Case No. 02-20244-CIV-SEITZ   Date 3/22/02

Clerk ADAM J. SIEGEL   Reporter _____

Title of Case MARTINEZ v. BUSH

P. Attorney THOMASINA WILLIAMS, NORMAN POWELL, CHRIS BROWN

PROPOSED INTERVENOR PLAINTIFFS' ATTORNEY: GERALD HEBERT, COLLEEN O'LAUGHLIN, EPHRAIM HESS

D. Attorney THOMAS CARDWELL, CHRISTOPHER CARVER, THOMAS SCOTT, EDWARD POZZUOLI, DEBORAH KEARNEY, DEAN COLSON

Reason for Hearing STATUS CONFERENCE ON MOTION TO TRANSFER

Result of Hearing _____

Case continued to _____ Time _____ For _____

Misc. _____